**FILED**

**E-FILED**
Wednesday, 17 September, 2008 04:12:46 PM
Clerk, U.S. District Court

SEP 16 2008

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

# United States District Court

————— DISTRICT OF —————

Plaintiff

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

v.

Defendant

CASE NUMBER: *08- 3200*

I, *Reginald DALE* _____ declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?: ☐ Yes ☑ No (If "No" go to Part 2)

   If "Yes" state the place of your incarceration _____ *N/A*

   Are you employed at the institution? *N/A* Do you receive any payment from the institution? *N/A*

   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed? ☐ Yes ☑ No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.
   *N/A*

   b. if the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. *$6.50 (minimum wage?) 3 hrs a day - 3 days a week - for about 2 months back in the summer of 03 - At Mc Donalds on North Grand - SpFLD, IL. 62703*

3. In the past 12 twelve months have your received any money from any of the following sources?

   a. Business, profession or other self-employment ☐ Yes ☑ No
   b. Rent payments, interest or dividends ☐ Yes ☑ No
   c. Pensions, annuities or life insurance payments ☐ Yes ☑ No
   d. Disability or workers compensation payments ☐ Yes ☑ No
   e. Gifts or inheritances ☐ Yes ☑ No
   f. Any other sources ☑ Yes ☐ No

If the answer to any of the above is "Yes" describe each source of money and state the amount received **and** what you expect you will continue to receive. *N/A I been unable to work due to pain caused by the above mentioned - my kids mom been carrying the bar*

4. Do you have **any** cash or checking or savings accounts? ☐ Yes ☑ No

   If "Yes" state the total amount. _N/A_

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property? ☐ Yes ☑ No

   If "Yes" describe the property and state its value.

   _N/A_

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. _Timothy O Dale — $50 a week when I can_
   _Lyndel D. Dale — $50 a week when I can_

I declare under penalty of perjury that the above information is true and correct.

_09-16-08_
DATE

SIGNATURE OF APPLICANT

# CERTIFICATE

(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ _____ on account to his/her

credit at (name of institution) _____ . I further certify

that the applicant has the following securities to his/her credit: _____

_____ . I further certify that during the past six months the applicant's

average balance was $ _____ .

_____
DATE

SIGNATURE OF AUTHORIZED OFFICER

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

FILED

SEP 1 6 2008

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

)
) Reginald Dale
)
**Plaintiff** )
)
vs. Sangamon County )
Sheriffs officers )
)

Case No. <u>08-3200</u>

*The case number will be assigned by the clerk)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**Defendant(s)** ) Sangamon County Sheriffs Officers
) A. Gillespie / B. Martin / Bill Smith / A. Conrad

*(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).*

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often*

---

*\*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.*

brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.

☐ 42 U.S.C. §1983 (state, county or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents* , 403 U.S. 388 (1971)(federal defendants)

☐ Other federal law: _____

_____

☐ Unknown _____

_____

## I. FEDERAL JURISDICTION

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: Reginald Daune Dale

Prison Identification Number: County Jail Booking # 40352

Current address: P.O. Box 6571 SPFLD IL. 62708

_____

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: Alex Gillespie

2

Current Job Title: Corrections Officer

Current Work Address  Sangamon County Jail

#1 Sheriffs plaza Spfld, IL. 62701

Defendant #2:

Full Name:  AARON ~~???~~ CONARD

Current Job Title:  Corrections Officer

Current Work Address  Sangamon County Jail

#1 sheriffs plaza, spfld, IL 62701

Defendant #3:

Full Name:  Bill Smith

Current Job Title:  Corrections Officer

Current Work Address  Sangamon County Jail

#1 sheriffs plaza, Spfld, IL. 62701

Defendant #4:

Full Name:  Brad  martin

Current Job Title:  Corrections Officer

Current Work Address

#1 sheriffs plaza, Spfld, IL. 62701

Defendant #5:

Full Name:  Sangamon County Sheriffs Office/operations

Current Job Title: facility Housing Inmates in Sangamon County

Current Work Address  #1 Sheriffs Plaza Spfld, IL. 62701

*For additional defendants, provide the information in the same format as above on a separate page.*

## III. LITIGATION HISTORY

The *"three strikes rule"* bars a prisoner from bringing a civil action or appeal *in forma pauperis* in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

A. **Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?**     Yes ☐     No ☑

If yes, please describe _____ N/A _____

_____

B. **Have you brought any other lawsuits in federal court while incarcerated?**

Yes ☐     No ☑

C. **If your answer to B is yes, how many?** ___ N/A ___ Describe the lawsuit(s) below.

1. **Name of Case, Court and Docket Number**
   _____ N/A _____

2. **Basic claim made** _____ N/A _____

3. **Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still**

pending?) _____ N/A _____

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint

*and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution?   Yes ☐   No ☐  N/A

B. Have you filed a grievance concerning the facts relating to this complaint?   N/A

      Yes ☐   No ☑

If your answer is no, explain why not   N/A

C. Is the grievance process completed?   Yes ☐   No ☐  N/A

## V.   STATEMENT OF CLAIM

Place(s) of the occurrence   Sangamon County Sheriffs Office/Jail

Date(s) of the occurrence   September 23, 2006

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

**THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED.** *Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

While I was being detained in Sangamon County Jail's Booking Area I was Beaten, Tassered & verbally Assaulted w/ Racial slurs by the below mentioned

5

OFFiceRS, TheRefoRe Violating my Civil Rights
AS A man. The Authorities of this said
establishment Did nothing to prevent, intervene
noR correct /sanction the wrong, therefore I
Hold the S.C.S.O. (Sangamon county Sheriffs Dept)
equally Responsible.

C/o A. conRad  BAdge # 4352
C/o B. MARtiN  BAdge # 5029
C/o A. Gillespie  BAdge # 5030
SGT Bill smith  BAdge # 4069

## RELIEF REQUESTED

*(State what relief you want from the court.)*

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**JURY DEMAND**     Yes  ☒     No  ☐

Signed this ____16____ day of ____September____ , 20 _08_ .

_____
( *Signature of Plaintiff*)

10

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| Reginald DAR | # 40352 |
| Address: P.O. Box 6571 SPFLD, IL. 62708 | Telephone Number: (217) 544-0018 |

11