# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

Reginald Dale )
       Plaintiff )
             )
vs. Sangamon County )   Case No. 08-3200
    Sheriffs Officers )
             )   The case number will be assigned by the clerk)

_____ )
_____ )
_____ )
_____ )
_____ )
_____ )
_____ )
_____ ,

       Defendant(s)  ) Sangamon County Sheriffs Officers
                     ) A. Gillespie / B. Martin / Bill Smith / A. Conrad

(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often*

---

*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.

brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.

☐ 42 U.S.C. §1983 (state, county or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐ Other federal law: _____

☐ Unknown _____

## I. FEDERAL JURISDICTION

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: Reginald Daune Dale

Prison Identification Number: County Jail Booking # 40352

Current address: P.O. Box 6571 SPFLD IL. 62708

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: Alex Gillespie

2

Current Job Title: Corrections Officer

Current Work Address: Sangamon County Jail #1 Sheriffs plaza SpFLD, IL. 62701

Defendant #2:

Full Name: Aaron ~~[illegible]~~ Conarad

Current Job Title: Corrections Officer

Current Work Address: Sangamon County Jail #1 sheriffs plaza, SpFLD, IL 62701

Defendant #3:

Full Name: Bill Smith

Current Job Title: Corrections Officer

Current Work Address: Sangamon County Jail #1 sheriffs plaza, SpFLD, IL. 62701

Defendant #4:

Full Name: Brad Martin

Current Job Title: Corrections Officer

Current Work Address: #1 sheriffs plaza, SpFLD, IL. 62701

Defendant #5:

Full Name: Sangamon County Sheriffs Office/opperations

Current Job Title: Facility Housing Inmates in Sangamon County

Current Work Address: #1 Sheriffs Plaza SpFLD, IL. 62701

3

*For additional defendants, provide the information in the same format as above on a separate page.*

## III. LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or appeal in forma pauperis in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?    Yes ☐    No ☑

If yes, please describe ____N/A____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☐    No ☑

C. If your answer to B is yes, how many? __N/A__ Describe the lawsuit(s) below.

   1. Name of Case, Court and Docket Number ____N/A____

   2. Basic claim made ____N/A____

   3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?) ____N/A____

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint*

*and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution?   Yes ☐   No ☐  N/A

B. Have you filed a grievance concerning the facts relating to this complaint?   N/A

   Yes ☐   No ☒

If your answer is no, explain why not   N/A

C. Is the grievance process completed?   Yes ☐   No ☐   N/A

## V. STATEMENT OF CLAIM

Place(s) of the occurrence   Sangamon County Sheriffs Office/Jail

Date(s) of the occurrence   September 23, 2006

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

**THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED.** *Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

While I was being detained in Sangamon County Jail's Booking Area I was Beaten, Tassered & Verbally Assaulted w/ Racial Slurs by the below mentioned

5

officers, therefore violating my Civil Rights as a man. The Authorities of this said establishment did nothing to prevent, intervene nor correct/sanction the wrong, therefore I hold the S.C.S.O. (Sangamon County Sheriffs Dept) equally Responsible.

- c/o A. Conrad      Badge # 4352
- c/o B. Martin      Badge # 5029
- c/o A. Gillespie   Badge # 5030
- Sgt Bill Smith     Badge # 4069

# RELIEF REQUESTED

*(State what relief you want from the court.)*

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**JURY DEMAND**   Yes ☒   No ☐

Signed this __16__ day of __September__, 20_08_.

_____
*( Signature of Plaintiff)*

| Name of Plaintiff: Reginald DAR | Inmate Identification Number: #40352 |
|---|---|
| Address: P.O. Box 6571 SPFLD, IL. 62708 | Telephone Number: (217) 544-0018 |

11