## VERDICT FORM

We, the jury, find for all the Defendants and against Plaintiff, Reginald Dale.

Date: August 24, 2011

/s/ Juror
_____
Presiding Juror

/s/ Juror                                           /s/ Juror
_____                         _____

/s/ Juror                                           /s/ Juror
_____                         _____

/s/ Juror
_____

/s/ Juror
_____

/s/ Juror
_____

31